ANNA PATAKI, Appellant, *v.* THE STANDARD ACCIDENT INSURANCE COMPANY OF DETROIT, MICHIGAN, Respondent.

*Pataki* v. *Standard Accident Ins. Co. of Detroit, Michigan,* 180 App. Div. 919, affirmed.

(Argued March 10, 1920; decided March 19, 1920.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 7, 1917, unanimously affirming a judgment in favor of defendant entered upon a

verdict directed by the court in an action to recover upon a policy of accident insurance. The answer alleged the policy was void because in his application therefor insured had made material false statements with knowledge of their falsity and with actual intent to deceive; that if the truth had been stated, the policy would not have been issued, and that after discovery of the misrepresentations defendant had tendered a return of the premium.

*Merritt N. Baker* for appellant.
*Lyman M. Bass* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CHASE, COLLIN and ANDREWS, JJ. Dissenting: CARDOZO, POUND and CRANE, JJ.